UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ED BRAYTON,<br>    110 Sutherland Drive<br>    Stanton, MI  48888,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICE OF THE UNITED STATES<br>TRADE REPRESENTATIVE,<br>    600 17th Street, N.W.<br>    Washington, D.C.  20508,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

1.　This action is brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to compel the Office of the United States Trade Representative ("USTR") to produce a copy of the compensation settlement agreement between USTR (on behalf of the United States) and the European Union ("EU") announced by USTR on December 17, 2007.  That agreement was reached in response to the United States's decision to invoke Article XXI of the World Trade Organization's General Agreement on Trade in Services ("GATS") to amend the U.S. schedule of commitments under GATS to exclude the U.S. gambling and betting sector. Although USTR publicly announced the settlement, it has not released the text of the settlement to the public.

**JURISDICTION**

2.　This Court has jurisdiction under 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).

## PARTIES

3. Plaintiff Ed Brayton is a fellow in the New Journalist Program of The Center for Independent Media ("CIM"), a nonprofit 501(c)(3) organization that fosters a diversity of ideas in national debate by educating and training people on the use of new communications technologies such the Internet as an alternative to traditional broadcast and print media. Plaintiff is a journalist for the Michigan Messenger, an online publication sponsored by CIM, *see* http://www.michiganmessenger.com, and for an online blog called "Dispatches from the Culture Wars." *See* http://scienceblogs.com/dispatches. Brayton has written extensively on the subject of U.S. online gambling restrictions and their implications for international trade.

4. Defendant USTR is an agency of the United States. USTR has possession of and control over the record that plaintiff seeks.

## STATEMENT OF FACTS

5. On December 19, 2007, Brayton submitted a FOIA request via electronic mail to USTR requesting "the full text of the settlement between USTR and the European Union regarding America's online gambling laws." The request alluded to the fact that the agreement had just been announced publicly by USTR.

6. By letter dated January 28, 2008, signed by Carmen Suro-Bredie, Chief FOIA Officer, defendant USTR denied the request. Ms. Suro-Bredie wrote that "the document you seek is being withheld in full pursuant to 5 U.S.C. § 552(b)(1), which pertains to information that is properly classified in the interest of national security pursuant to Executive Order 12958."

7. By letter dated February 21, 2008, Brayton submitted an administrative appeal of USTR's denial of his FOIA request, questioning USTR's assertion that the settlement was

exempt from disclosure. Brayton's appeal explained: "The document in question does not deal with any issues of national security or foreign policy," but "deals with a negotiated settlement of a trade dispute involving purely domestic policy in the US." Brayton's appeal continued: "[T]he settlement almost certainly entails a substantial financial cost to American taxpayers, either in direct payments as restitution to other nations or as a result of allowing them to enact trade barriers and tariffs against American goods and services in order to balance off the negative effect of our online gambling laws. Analysts have estimated that the cost could be in the tens of billions of dollars to American taxpayers, who surely have a legitimate right to know what kind of trade settlements their government is cutting with other countries at our expense." Brayton found it "virtually inconceivable that the release of that settlement to the public could possibly harm national security in any way."

8. By letter dated March 25, 2008, signed by Mark Linscott, Chair, Freedom of Information Appeals Committee, USTR rejected Brayton's administrative appeal. Mr. Linscott explained that the agency's appeals committee had "determined that the document was properly withheld in full pursuant to 5 U.S.C. § 552(b)(1)" because it was properly classified pursuant to paragraph 1.4(b) of Executive Order 12958, as amended by Executive Order 13292. That paragraph provides that "foreign government information" must be treated as "classified national security information." As Linscott's letter explained: "Executive Order 13292 defines 'foreign government information' as information provided to, or received from, a foreign government or international organization under an agreement that it will be held in confidence." The letter stated that the document Brayton requested "contains an agreement between the United States and the European Union entered into as part of a multinational process under the purview of the

World Trade Organization (WTO)." According to USTR, "[t]he WTO rules governing this process require that such documents must be held in confidence. Therefore, the document is 'foreign government information' properly classified under Executive Order 12958, as amended by Executive Order 13292."

## CLAIM FOR RELIEF

9. Plaintiff has a statutory right under FOIA to the record he seeks. USTR's contention that the document it is withholding is exempt from disclosure under 5 U.S.C. § 552(b)(1) is contrary to law, as that document is not properly classified pursuant to the applicable Executive Order. It is therefore improper for USTR to withhold the record on this basis.

## PRAYER FOR RELIEF

Plaintiff requests that this Court:

(1)	Declare that defendant's withholding of the requested record is unlawful;

(2)	Order defendant to make the requested record available to plaintiff;

(3)	Award plaintiff his costs and reasonable attorneys' fees; and

(4)	Grant all other appropriate relief.

        Respectfully submitted,

        _____
        Bonnie I. Robin-Vergeer
        (D.C. Bar No. 429717)
        Adina H. Rosenbaum
        (D.C. Bar No. 490928)
        Brian Wolfman
        (D.C. Bar No. 427491)
        Public Citizen Litigation Group
        1600 20th Street, N.W.
        Washington, D.C.  20009
        (202) 588-1000
        (202) 588-7795 (fax)

        *Counsel for Plaintiff*

Dated: May 19, 2008

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Ed Brayton | Office of the United States Trade Representative |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Bonnie I. Robin-Vergeer
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000

Case: 1:08-cv-00855
Assigned To : Urbina, Ricardo M.
Assign. Date : 5/19/2008
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 3 Federal Question (U.S. Government Not a Party)
- ⊙ 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### A. Antitrust
- 410 Antitrust

### B. Personal Injury/Malpractice
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Medical Malpractice
- 365 Product Liability
- 368 Asbestos Product Liability

### C. Administrative Agency Review
- 151 Medicare Act

Social Security:
- 861 HIA ((1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g)
- 864 SSID Title XVI
- 865 RSI (405(g)

Other Statutes
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 890 Other Statutory Actions (If Administrative Agency is Involved)

### D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### E. General Civil (Other) OR ● F. Pro Se General Civil

**Real Property**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent, Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**Personal Property**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**Bankruptcy**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**Property Rights**
- 820 Copyrights
- 830 Patent
- 840 Trademark

**Federal Tax Suits**
- 870 Taxes (US plaintiff or defendant
- 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- 610 Agriculture
- 620 Other Food &Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 RR & Truck
- 650 Airline Regs
- 660 Occupational Safety/Health
- 690 Other

**Other Statutes**
- 400 State Reapportionment
- 430 Banks & Banking
- 450 Commerce/ICC Rates/etc.
- 460 Deportation

- 470 Racketeer Influenced & Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Satellite TV
- 810 Selective Service
- 850 Securities/Commodities/ Exchange
- 875 Customer Challenge 12 USC 3410
- 900 Appeal of fee determination under equal access to Justice
- 950 Constitutionality of State Statutes
- 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ⊙ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⊙ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
This is an action under the Freedom of Information Act, 5 U.S.C. 552, arising from defendant's withholding of a record responsive to plaintiff's request.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE May 19, 2008   SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.