UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ED BRAYTON,<br>110 Sutherland Dr.<br>Stanton, MI 48888,<br><br>          Plaintiff,<br><br>     v.<br><br>OFFICE OF THE UNITED STATES<br>TRADE REPRESENTATIVE,<br>600 17th St., NW<br>Washington, DC 20508,<br><br>          Defendant. | Civil Action No.: 08-0855 (RMU) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant in the above-captioned case.

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　ALAN BURCH, D.C. Bar # 470655
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　(202) 514-7204
　　　　　　　　　　　　　　　　alan.burch@usdoj.gov