UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ED BRAYTON, | ) <br> ) |
| Plaintiff, | ) Civil Action No.: 08-0855 (RMU) <br> ) |
| v. | ) ANSWER TO COMPLAINT <br> ) |
| OFFICE OF THE UNITED STATES <br> TRADE REPRESENTATIVE, | ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

## ANSWER

COMES NOW the Defendant, the Office of the United States Trade Representative, by and through its undersigned counsel, and hereby answers the specific allegations in the Complaint in this case as follows:

### Introduction

1. The first sentence of this paragraph consists of a characterization of Plaintiff's claims to which no response is required, but insofar as an answer is deemed required, deny. Defendant admits the second sentence, except that the United States avers that the proposed agreement will clarify that the schedule of commitments does not include the gambling and betting sectors. Defendant admits the third sentence of this paragraph, except that Defendant denies that the agreement is a "settlement."

### Jurisdiction

2. This paragraph consists of Plaintiff's allegation regarding jurisdiction, which does not require an answer, but insofar as an answer may be deemed required, deny.

**Parties**

3. Defendant is without information sufficient to admit or deny the statements in paragraph 3 of the Complaint regarding the characterization of the Plaintiff.

4. Defendant admits that Defendant USTR is subject to the Freedom of Information Act ("FOIA") for the purposes of this case. Defendant admits that USTR has possession of and control over the record Plaintiff seeks.

**Statement Of Facts**

5. Defendant admits that Plaintiff filed a FOIA request on December 19, 2007. The Court is respectively referred to that letter for an accurate and complete statement of its contents.

6. Defendant admits that Ms. Carmen Suro-Bredie denied Plaintiff's FOIA request in a letter dated January 28, 2008. The Court is respectively referred to that letter for an accurate and complete statement of its contents.

7. Defendant admits that Plaintiff filed an appeal of the denial of his FOIA request by a letter dated February 21, 2008. The Court is respectively referred to that letter for an accurate and complete statement of its contents.

8. Defendant admits that Mark Linscott denied Plaintiff's appeal by a letter dated March 25, 2008. The Court is respectively referred to that letter for an accurate and complete statement of its contents. Defendant notes that Plaintiff's description omitted the statement in that letter that "[o]nce the multinational negotiating process is complete, the adjustments to the United States schedule of commitments will become public information." To the extent this paragraph may be deemed to make additional allegations, Defendant denies them.

**Claim For Relief**

9. This paragraph consists of Plaintiff's claim for relief and conclusions of law, which do not require an answer, but insofar as an answer is required, deny. The document at issue is properly withheld pursuant to 5 U.S.C. 552(b)(1) at this time. However, as noted in USTR's letter to Plaintiff prior the filing of this suit, the information about the United States commitments will ultimately become public.

**Claim For Relief**

Defendant denies each and every allegation set forth in the Complaint, unless specifically admitted above. Defendant denies that Plaintiff is entitled to the release sought in his Complaint, or to any relief whatsoever.

WHEREFORE, Defendant prays for judgment as follows:

1. For an order dismissing the Complaint in its entirety with prejudice;

2. For an award of Defendant's costs and disbursements incurred in this action; and

3. For such other and further relief as this Court may deem just and proper.

June 18, 2008                    Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

 /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov