UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ED BRAYTON,<br><br>        Plaintiff,<br><br>v.<br><br>OFFICE OF THE UNITED STATES<br>TRADE REPRESENTATIVE,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No.: 08-0855 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR BRIEFING SCHEDULE**

Defendant, the Office of the U.S. Trade Representative, respectfully proposes the following briefing schedule for motions for summary judgment in this case, which arises under the Freedom of Information Act ("FOIA"). Counsel for the parties conferred via email and agreed on the schedule proposed below (and reflected in the attached proposed order). The deadlines accommodate the parties' need for time to prepare and counsels' respective schedules:

- Defendant's motion for summary judgment by July 9, 2008,

- Plaintiff's opposition and/or cross motion by August 8, 2008, and

- Defendant's reply, and opposition to any cross-motion, by September 4, 2008.

June 18, 2008                                     Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

  /s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ED BRAYTON,<br><br>      Plaintiff,<br><br>v.<br><br>OFFICE OF THE UNITED STATES<br>TRADE REPRESENTATIVE,<br><br>      Defendant. | )<br>)<br>)<br>)   Civil Action No.: 08-0855 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER SETTING BRIEFING SCHEDULE**

UPON CONSIDERATION of Defendant's Consent Motion for Briefing Schedule, and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the parties comply with the following schedule for briefing motions for summary judgment:

•  Defendant's motion for summary judgment by July 9, 2008,

•  Plaintiff's opposition and/or cross motion by August 8, 2008, and

•  Defendant's reply, and opposition to any cross-motion, by September 4, 2008.

So ordered, this _____ day of June, 2008.

RICARDO M. URBINA
United States District Judge