UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ED BRAYTON,<br><br>       Plaintiff,<br><br>v.<br><br>OFFICE OF THE UNITED STATES<br>TRADE REPRESENTATIVE,<br><br>       Defendant. | )<br>)<br>)<br>)   Civil Action No.: 08-0855 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE
REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

    Defendant, the Office of the U.S. Trade Representative ("USTR"), respectfully moves for an enlargement of time of ten business days to file its reply in support of its motion for summary judgment and opposition to Plaintiff's cross motion for summary judgment. This case arises under the Freedom of Information Act ("FOIA"). Counsel for Plaintiff consented to this motion in email late yesterday. Pursuant to the Court's Minute Order issued June 19, 2008, the current deadline is tomorrow, September 4, 2008, and Defendant requests a new deadline of September 18, 2008.

    Good cause supports this extension for three reasons. First, Defendant did not anticipate the length or complexity of the issues Plaintiff would raise in its opposition, especially the factual issues regarding the details of the rules and procedures employed by the World Trade Organization. Although Defendant does not believe that the level of detail in Plaintiff's statements of material fact is likely to be material to the case, that belief does not relieve Defendant of the obligation to respond to each statement. Accordingly, Defendant will need

longer than it anticipated to consult with several agency officials to formulate the agency's response. Three of these officials were out last week, and both agency counsel and undersigned counsel were out the two weeks prior to that.

Second, undersigned counsel will be effectively unavailable next week due to three oral arguments before the D.C. Circuit; thus, Defendant requests enough additional time to put the deadline well into the week after next.

Third, events separate from the instant litigation may moot out the case. Specifically, a representative of the European Community ("EC") contacted USTR staff about the possibility of releasing the document publically in the future. Although USTR believes that a unilateral release would be inconsistent with WTO obligations, the agency is exploring the possibility of de-restricting the document with representatives of the EC. If, based on the mutual request of the EC and the United States, the WTO does de-restrict the document, USTR will promptly de-classify it, make it publically available, and send a courtesy copy to Plaintiff. In initial discussions with Plaintiff counsel, in mid-June, Defendant's counsel alluded to (then unspecified) events that might moot the case--those events were the EC's preliminary inquiries regarding public disclosure. The additional time requested in the instant motion will provide additional time for this discussion.

Defendant is aware of the Court's Standing Order for Civil Cases, issued in this case on June 18, 2008, that "strongly discourages" motions to extend time, per ¶ 5, especially those filed within four days of the deadline to be moved. It was not until this week, however, that it became clear how much the agency would need to rely, in formulating its reply, on the officials described above, many of whom were out last week. Accordingly, Defendant respectfully seeks this

extension within the Court's four-day rule.

This is Defendant's first motion to extend this deadline.

The only other pending deadline in this case is for Plaintiff's reply in support of its cross motion for summary judgment, now due on September 18, 2008.  As part of its consent to this motion, Plaintiff requested that that deadline be moved an equal amount of time plus a week, resulting in a new deadline of October 9, 2008.  Defendant consents to this.

A proposed order is attached.

September 3, 2008                                        Respectfully submitted,

                                                         JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                         United States Attorney

                                                          /s/
                                                         ALAN BURCH, D.C. Bar # 470655
                                                         Assistant United States Attorney
                                                         555 4th St., N.W.
                                                         Washington, D.C. 20530
                                                         (202) 514-7204
                                                         alan.burch@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ED BRAYTON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 08-0855 (RMU) |
| ) | |
| v. ) | |
| ) | |
| OFFICE OF THE UNITED STATES ) | |
| TRADE REPRESENTATIVE, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

UPON CONSIDERATION of Defendant's Consent Motion to Enlarge Time to File Reply in Support of Motion for Summary Judgment and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that Defendant shall file any reply and opposition to Plaintiff's cross motion for summary judgment on or before September 18, 2008.

ORDERED that Plaintiff shall file its reply in support of its cross motion for summary judgment on or before October 9, 2008.

So ordered, this _____ day of June, 2008.

_____
RICARDO M. URBINA
United States District Judge